IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE MCLEOD           )   | |
|                         )   | |
|     Petitioner,         )   | |
|                         )   | |
| v.                      )   | CIVIL ACTION NO. 12-00531-WS-N |
|                         )   | |
| TONY PATTERSON,         )   | |
|                         )   | |
|     Respondent.         )   | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.  Petitioner is not entitled to a certificate of appealability.

**DONE** this 20th day of November , 2012.

s/ WILLIAM H. STEELE<br>
CHIEF UNITED STATES DISTRICT JUDGE