IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE MCLEOD | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00531-WS-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice. Petitioner is not entitled to a certificate of appealability.

**DONE** this 20th day of November , 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE